**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6237

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICHARD MAURICE GARRETT, a/k/a Baa,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:06-cr-00986-HMH-1)

Submitted:  March 13, 2024                                        Decided:  April 8, 2024

Before THACKER, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Maurice Garrett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Maurice Garrett appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Garrett*, No. 6:06-cr-00986-HMH-1 (D.S.C. Feb. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*